IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES,<br><br>Plaintiff,<br><br>vs.<br><br>TOM SCHULTZ, in his official capacity as Chief of the U.S. Department of Agriculture Forest Service; UNITED STATES FOREST SERVICE,<br><br>Defendants. | CV 26-33-M-KLD<br><br>ORDER |

The parties have filed a Joint Motion to Dismiss with Prejudice explaining that they have resolved all issues in the above-captioned matter and reached a settlement on fees and costs in the amount of $2,730.75. (Doc. 10). As requested by the parties,

IT IS ORDERED that the Complaint is dismissed with prejudice pursuant to the terms of the Stipulated Fee Settlement Agreement. The Clerk of Court is directed to close the case.

DATED this 8th day of October, 2026.

Kathleen L. DeSoto
United States Magistrate Judge